# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-3327
Lower Tribunal No. 22-CA-003339

_____

MICHAEL KATIN,

Appellant,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH INC., and STEVEN KATIN,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

May 7, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.

Susan E. Raffanello, of Coffey Burlington, P.L., Miami, for Appellant.

Emily Y. Rottmann and Kathleen D. Kilbride, of McGuireWoods LLP, Jacksonville, for Appellee, Merrill Lynch, Pierce, Fenner & Smith Inc.

No Appearance for Appellee, Steven Katin.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED